# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-114 |
| Plaintiff, | |
| v. | **MOTION TO UNSEAL INDICTMENT** |
| SAMUEL RANDAZZO, | |
| Defendant. | |

The United States previously requested that this Indictment and related papers be kept secret until the defendant is in custody pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure. Defendant Samuel Randazzo is being processed by the United States Marshals Service and will have his initial appearance today. Consequently, the United States now respectfully requests that the Court unseal the Indictment and related papers in the above case number.

Respectfully Submitted,

KENNETH L. PARKER
UNITED STATES ATTORNEY

*s/ Emily N. Glatfelter*
EMILY N. GLATFELTER (0075576)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Phone: (513) 684-3711

**IT IS HEREBY ORDERED** that the Indictment, arrest warrant, and all related documents be unsealed.

_____  _____
DATE                    HONORABLE KAREN L. LITKOVITZ
                        UNITED STATES MAGISTRATE JUDGE