IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | Case No. 1:23-CR-00114 |
| ) | |
| v. ) | |
| ) | District Judge Timothy S. Black |
| SAMUEL RANDAZZO ) | Magistrate Judge Karen L. Litkovitz |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

**<u>DEFENDANT SAMUEL RANDAZZO'S MOTION FOR INTRADISTRICT TRANSFER</u>**

Defendant, SAMUEL RANDAZZO, by and through his undersigned attorneys, respectfully moves the Court, pursuant to Rule 18 of the Federal Rules of Criminal Procedure, to transfer this case to the Eastern Division of the Southern District of Ohio in Columbus. Trial in the Eastern Division would avoid significant inconvenience posed to Mr. Randazzo, the potential witnesses, and any alleged victims should the case remain in the Western Division. Further, transfer to the Eastern Division would promote the prompt administration of justice. As such, Defendant respectfully asks the Court to exercise its discretion to transfer this matter to the Eastern Division.

A memorandum in support of this motion is attached.

/ / /

Dated: February 8, 2024

Respectfully submitted,

By: s/*Andrew R. DeVooght*
Andrew R. DeVooght
Loeb & Loeb, LLP
321 North Clark Street
Chicago, IL 60654
(312) 464-3100
adevooght@loeb.com
*Admitted Pro Hac Vice*

Roger P. Sugarman
6025 Cranberry Court
Columbus, OH 43213
(614) 578-6456
rogerpsugarman@gmail.com

*Attorneys for Defendant Samuel Randazzo*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2024, I electronically filed the foregoing **Motion for Intradistrict Transfer**, with the Clerk of Court using the CM/ECF system which will send notifications of filings to all counsel of record.

By: s/*Andrew R. DeVooght*
Andrew R. DeVooght
Loeb & Loeb, LLP
321 North Clark Street
Chicago, IL 60654
(312) 464-3100
adevooght@loeb.com
*Admitted Pro Hac Vice*

Roger P. Sugarman
6025 Cranberry Court
Columbus, OH 43213
(614) 578-6456
rogerpsugarman@gmail.com

*Attorneys for Defendant Samuel Randazzo*