# EXHIBIT A

12-13

# ORDER AND NOTICE OF GARNISHMENT OF PROPERTY OTHER THAN PERSONAL EARNINGS AND ANSWER OF GARNISHEE

## FRANKLIN COUNTY COMMON PLEAS COURT
## CLERK'S OFFICE- CIVIL DIVISION
## 345 S. HIGH STREET, FIRST FLOOR
## COLUMBUS, OHIO 43215-4579

STATE OF OHIO
**JUDGMENT CREDITOR(S)**

**AGAINST**

CASE NO. 20 CV 006281
THIS NUMBER MUST BE USED ON ALL REFERENCES

FIRST ENERGY CORP., ET. AL
**JUDGMENT DEBTOR(S)**

Roger Sugarman
P/R Cranberry Ct Law LLC
6085 Cranberry Court
Col. 43213

**AFFIDAVIT**

State of Ohio, Franklin County ss:

The undersigned being first duly cautioned and sworn, or affirmed according to law, says that I am the attorney/judgment creditor herein who heretofore recovered or certified a judgment in the Common Pleas Court of Franklin County, Ohio against the judgment debtor named above; and that the person or entity named as garnishee in section (A) below may have in the garnishee's hands or control money, property, or credits, other than personal earnings, of the judgment debtor. Such property is described as follows: Moneys up to $500,000 held in account for Samuel C. Randazzo, SSN# 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

L. Martin Cordero, Esq.
_Attorney or Creditor's Name (Print or Type)_

614-466-5931
_Phone Number_

0065509
_Attorney's Supreme Court Reg. Number_

_Affiant's Signature_

Sworn and subscribed before me this 7th day of August, 20 21.

ROBERT J. BYRNE
Attorney At Law
Notary Public, State of Ohio
My commission has no expiration date
Sec. 147.03 R.C.

_Notary Public_

## SECTION A: COURT ORDER AND NOTICE OF GARNISHMENT

**To:** Cranberry CT Law, LLC, Statutory Agent Roger P. Sugarman, 6025 Cranberry Court, Columbus, OH 43213, garnishee:

The judgment creditor in the above case has filed an affidavit, satisfactory to the undersigned, in this Court stating that you may have money, property, or credits, other than personal earnings, in your hands or under your control that belongs to the judgment debtor. **You are therefore ordered to complete the "Answer of Garnishee" form in Section B on the reverse side of this form.** Return the completed and signed copy of this form to the clerk of this court together with the amount determined in accordance with the "Answer of Garnishee" by the following date on which a hearing is tentatively scheduled; _____. 20___. Deliver one completed and signed copy of this form to the judgment debtor prior to that date. Keep the other completed and signed copy of this form for your files.

The **TOTAL PROBABLE AMOUNT NOW DUE ON THIS JUDGMENT IS $** 8,000,000 the total probable amount now due includes the unpaid portion of the judgment in favor of the judgment creditor which is $_____; interest on that judgment and, if applicable, prejudgment interest relative to that judgment at the rate of _____% per annum payable until that judgment is satisfied in full; and court costs in the amount of $_____. You are **ordered** to hold safely anything of value that belongs to the judgment debtor and has to be paid to the Court, as determined under **"Answer of Garnishee" in section B of this form**, but that is of such a nature that it cannot be delivered until further order of

THE STATE OF OHIO    I, MARYELLEN O'SHAUGHNESSY, Clerk
Franklin County, ss    OF THE COURT OF COMMON PLEAS
WITHIN AND FOR SAID COUNTY,
HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY
TAKEN AND COPIED FROM THE ORIGINAL
Garnishment

NOW ON FILE IN MY OFFICE
WITNESS MY HAND AND SEAL OF SAID COUNTY
THIS 5 DAY OF Nov A.D. 20 21
MARYELLEN O'SHAUGHNESSY, Clerk

By _____ Deputy

**WITNESS MY HAND AND SEAL OF THE COURT THIS** _____ **DAY OF** _____, 20___.

/s/ Hewkins
**JUDGE OF THE FRANKLIN COUNTY COMMON PLEAS COURT**