# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff | ) ) | Case No. 1:23-CR-00114 |
| v. | ) ) ) | |
| SAMUEL RANDAZZO | ) ) | District Judge Timothy S. Black<br>Magistrate Judge Karen L. Litkovitz |
| Defendant | ) ) ) ) | |

## DECLARATION OF JEREMY D. MARGOLIS IN SUPPORT OF DEFENDANT'S MOTION FOR INTRADISTRICT TRANSFER

I, Jeremy D. Margolis, hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Loeb & Loeb LLP ("Loeb")

2. Loeb represents Mr. Randazzo in the above matter.

3. This declaration is based upon my personal knowledge of the facts stated herein, and I respectfully submit this declaration in support of Mr. Randazzo's Motion for Intradistrict Transfer (ECF. No. 19).

4. Loeb was engaged by Mr. Randazzo in July 2021, in connection with the Federal Government's then, ongoing criminal investigation related to FirstEnergy Corp.

5. In connection with its work, Loeb & Loeb received an advance payment retainer from Mr. Randazzo, which per the terms of our engagement, and as expressly provided by Illinois law, was deposited into Loeb & Loeb's general operating account, and became the property of Loeb & Loeb upon payment.

6.  These funds are not and never have been held or maintained in a Loeb trust account, and they are required to be used, as per our agreement with Mr. Randazzo, exclusively for Loeb & Loeb's representation of Mr. Randazzo in criminal matters.

7.  Loeb provided correspondence to this effect to counsel to the Ohio Attorney General on December 7, 2021.

EXECUTED on this 14th day of March, 2024

_____
Jeremy D. Margolis