# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:23-cr-114 |
| vs. | : | Judge Timothy S. Black |
| SAMUEL RANDAZZO, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL AS TO DEFENDANT SAMUEL RANDAZZO

This criminal case is before the Court on the Government's Suggestion of Death as to Defendant Samuel Randazzo and Motion to Abate Prosecution and Dismiss Indictment. (Doc. 24). In support of its motion, the Government has also filed Defendant Randazzo's Certification of Death, evidencing that Defendant died on or about April 9, 2024. (*Id.*)

Based upon the foregoing, the Government's motion is **GRANTED**. Accordingly, the Indictment shall be **DISMISSED** as to Defendant Samuel Randazzo and the case as to Defendant Samuel Randazzo shall be **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 9/5/2024

*s/Timothy S. Black*
Timothy S. Black
United States District Judge